## Commonwealth ex rel. Clementson, Appellant, v. Myers.

Submitted March 15, 1965. *Charles Clementson*, appellant, in propria persona; *Armand Della Porta* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick,*

*Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.